UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MEAGHAN LOMBARDO and ISABELLA LORENZO,

Plaintiffs,

v.

BRIDGEHAMPTON TENNIS & SURF CLUB, INC.,

Defendant.

Civil Action No. 2:22-cv-01575-WFK-SIL

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS STIPULATED AND AGREED, by and between Plaintiffs Meaghan Lombardo and Isabella Lorenzo and Defendant Bridgehampton Tennis & Surf Club, Inc., through their respective counsel, that the above-entitled action is dismissed with prejudice, with each party to bear their own attorney's fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:   April 24, 2023
_____

LAW OFFICE OF PETER A. ROMERO PLLC

By: _David Barnhorn_____
David D. Barnhorn
490 Wheeler Road, Suite 250
Hauppauge, NY 11788
dbarnhorn@RomeroLawNY.com

*Attorney for Plaintiffs Meaghan Lombardo and Isabella Lorenzo*

SAUL EWING LLP

By: _Erik Pramschufer_____
Ruth A. Rauls
650 College Road East, Suite 4000
Princeton, NJ 08540
ruth.rauls@saul.com

Erik P. Pramschufer
1270 Avenue of the Americas, Suite 2005
New York, NY 10020
erik.pramschufer@saul.com

*Attorneys for Defendant Bridgehampton Tennis & Surf Club, Inc.*

The application is ✓ granted.
SO ORDERED         denied.

_s/ WFK_____
William F. Kuntz, II, U.S.D.J.
Dated: April 24 2023
Brooklyn, New York